# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| CHARLES H. TONNE, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 5:06-CV-155-DF |
| | § |
| KIMBERLY-CLARK CORPORATION, | § |
| | § |
| Defendant. | § |

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that this matter has been settled. It is therefore not necessary that this cause of action remain upon the calendar of the Court. Accordingly, it is

ORDERED, ADJUDGED, and DECREED that this action shall be, and is, hereby DISMISSED WITHOUT PREJUDICE. Complete jurisdiction is retained to vacate this order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary. It is further

ORDERED that all other pending motions not expressly granted are hereby DENIED.

SIGNED this 1st day of May, 2007.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE